UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 90-6209-CR-ZLOCH

UNITED STATES,

    Plaintiff,

vs.                                      **O R D E R**

RONNIE WITCHARD,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Ronnie Witchard's Motion To Reduce Sentence (DE 125).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that Defendant was sentenced as a career offender under § 4B1.1(b) of the United States Sentencing Guidelines, and is thus ineligible for a reduction of his sentence.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant Ronnie Witchard's Motion To Reduce Sentence (DE 125) be and the same is hereby **DENIED.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   24th   day of June, 2008.

                                               WILLIAM J. ZLOCH
                                               United States District Judge

Copies furnished:

All Counsel of Record

Ronnie Witchard, pro se
USM# 28044-004
FCI La Tuna
P.O. Box 3000
Anthony, New Mexico 88021